SPECTRALYTICS, INC.,
Plaintiff–Appellant,

v.

CORDIS CORPORATION,
Defendant–Appellee,

and

Norman Nobel, Inc., Defendant–
Appellee.

No. 2012–1121.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2012.

Rehearing and Rehearing En Banc
Denied Dec. 27, 2012.

Alan G. Carlson, Carlson, Caspers, Vandenburgh & Lindquist, P.A., of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief was J. Derek Vandenburgh.

Eugene M. Gelernter, Patterson Belknap Webb & Tyler, LLP, of New York, NY, argued for defendant-appellee, Cordis Corporation. With him on the brief were Gregory L. Diskant, Robert W. Lehrburger and Jesse A. Devine.

James B. Niehaus, Frantz Ward, LLP, of Cleveland, OH, argued for defendant-appellee, Norman Noble, Inc.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**